**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles J. Leonetti Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1264 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–13502–JNP | | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles J. Leonetti Jr.

<u>6/7/17</u>                                                                **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-13502-JNP
Charles J. Leonetti, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: 3180W           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db           +Charles J. Leonetti, Jr.,   113 Chestnut Street,   Elmer, NJ 08318-2112
aty          +Donald L. Masten,   Masten & Ray,   254 S. Broadway,   PO Box 406,   Pennsville, NJ 08070-0406
cr           +Garden State Federal Credit Union,   144 Route 38,   PO Box 680,   Moorestown, NJ 08057-0680
cr           +Nationstar Mortgage LLC,   c/o Buckley Madole P.C.,   99 Wood Ave South #803,
               Iselin, NJ 08830-2713
515422425     Bank of America, N.A.,   P.O. Box 940186,   Simi Valley, CA 93094-0186
515354110    +Garden State Credit Union,   144 W. Rt. 38,   Moorestown, NJ 08057-3223
515354111   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC,   350 Highland Drive,
               Lewisville, TX 75067)
515474171    +Pennsville National Bank,   170 S. Broadway,   Pennsville, NJ 08070-2200
515909375    +Pennsville National Bank,   PO Box 345,   Pennsville, NJ 08070-0345
515354113    +William Miller, Jr.,   1910 Glassboro Road,   Williamstown, NJ 08094-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515354107    +EDI: BANKAMER.COM Jun 07 2017 22:13:00     Bank of America,   9000 Southside Blvd,   Bldg. 600,
               Jacksonville, FL 32256-0789
515354108    +EDI: BANKAMER.COM Jun 07 2017 22:13:00     Bank of America,   900 Southside Blvd,
               Jacksonville, FL 32256-0793
515416877     EDI: CITICORP.COM Jun 07 2017 22:13:00     Citibusiness Card,   PO Box 6235,
               Sioux Falls, SD 57117-6235
515354109     EDI: DISCOVER.COM Jun 07 2017 22:13:00     Discover Financial Services,   PO Box 15316,
               Wilmington, DE 19850
515386564     EDI: DISCOVER.COM Jun 07 2017 22:13:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
515531136     EDI: WFFC.COM Jun 07 2017 22:13:00     Wells Fargo Bank, N.A.,   Home Equity Group,
               1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
515354112    +EDI: WFFC.COM Jun 07 2017 22:13:00     Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
515524876    +E-mail/Text: bncmail@w-legal.com Jun 07 2017 22:33:51
               Wilmington Trust, National Association,   C/O Weinstein & Riley, P.S.,
               2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516042356*   +Pennsville National Bank,   PO Box 345,   Pennsville, NJ 08070-0345
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Charles J. Leonetti, Jr. andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 07, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com

        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Jay R. Schmerler    on behalf of Creditor    Garden State Federal Credit Union jschmerler.atty@gmail.com

        Joel A. Ackerman    on behalf of Creditor    Wilmington Trust, National Assocation as successor trustee to Citibank, N.A. as trustee to Lehman XS Trust MortgagePass-Through Certificates, Series 2006-7 jackerman@zuckergoldberg.com

        Joel A. Ackerman    on behalf of Creditor    Wilmington Trust, National Assocation as successor trustee to Citibank, N.A. as trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-77 jackerman@zuckergoldberg.com

        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com

        TOTAL: 9